ACCEPTED
03-14-00385-CV
3894561
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 11:30:36 AM
JEFFREY D. KYLE
CLERK

# THE LISENBY FIRM, P.C.
### *A Professional Corporation of Attorneys and Counselors at Law*
**P.O. Box 101236**
**Fort Worth, Texas 76185**
**Telephone: (817) 615-9505 Facsimile: (866) 381-4215**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/26/2015 11:30:36 AM

JEFFREY D. KYLE
Clerk

January 26, 2015

Jeffrey D. Kyle, Clerk                                        VIA: E-File
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

**RE:     Court of Appeals Number: 03-14-00385-CV**
**Trial Court Case Number: D-1-GN-09-001874**

**Sunset Transportation, Inc. and MEL Transport, Inc. d/b/a Magnum Transportation, Inc.**
**v. The Texas Department of Transportation, and Amadeo Saenz, Jr., in his Official**
**Capacity as Director of Texas Department of Transportation**

Dear Clerk of the Court:

Pursuant to your letter dated January 21, 2015, Appellants intend to argue this case before the Court on February 25, 2015.

If you have any questions, please feel free to contact our office.  Thank you.

Sincerely,

*Desiree Lewis*

Desiree Lewis
Paralegal to KENT J. LISENBY

/dl

cc:     Amy Kovar